

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

January 23, 2023

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  **Bausch Health Ireland Limited, et al. v. Taro Pharmaceuticals Inc., et al.
Civil Action No. 22-4670 (SRC) (CLW)**

Dear Judge Waldor:

This firm represents Plaintiffs in the above-referenced matter. We write, jointly with counsel for Defendants, to respectfully request an extension of the following case deadlines due to upcoming conflicts of counsel for Plaintiffs and Defendants.

| Event | Current Deadline (ECF Nos. 22, 30) | Proposed Amended Deadline |
|---|---|---|
| Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions and attendant document production (L. Pat. R. 3.6(g)-(h)) and Plaintiffs' Responses to Invalidity Contentions (L. Pat. R. 3.6(i)) | January 30, 2023 | February 28, 2023 |
| Exchange of Proposed Terms for Claim Construction (L. Pat. R. 4.1(a)) | February 6, 2023 | March 13, 2023 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence (L. Pat. R. 4.2(a)-(b)) | February 20, 2023 | March 27, 2023 |
| Identification of all intrinsic and extrinsic evidence that each party intends to rely on to oppose the other party's claim construction (L. Pat. R. 4.2(c)) | March 13, 2023 | April 13, 2023 |
| Submission of Joint Claim Construction and Prehearing Statement (L. Pat. R. 4.3) | April 12, 2023 | May 12, 2023 |

If these extensions are acceptable to the Court, we respectfully request that the Court "So Order" this letter. We thank the Court for its time and attention to this matter and are available at the Court's convenience to address any questions or concerns.

Respectfully submitted,

s/ William P. Deni, Jr.
William P. Deni, Jr.

**SO-ORDERED:**

**January 24, 2023**

*/s/ Cathy L. Waldor*
**Cathy L. Waldor, U.S.M.J.**

cc:  All counsel of record (via ECF)