## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAUSCH HEALTH IRELAND LIMITED; BAUSCH HEALTH US, LLC; and BAUSCH HEALTH AMERICAS, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TARO PHARMACEUTICALS INC.; TARO PHARMACEUTICALS U.S.A., INC.; and TARO PHARMACEUTICAL INDUSTRIES LTD.,<br><br>　　　　　　　　Defendants. | Civil Action No. 22-4670 (SRC) (CLW)<br><br>*Document Electronically Filed*<br><br>**ORDER GRANTING**<br>***PRO HAC VICE* ADMISSION** |

　　**THIS MATTER** having been brought before the Court by Plaintiffs Bausch Health Ireland Limited, Bausch Health US, LLC, and Bausch Health Americas, Inc. (collectively, "Plaintiffs") by and through their attorneys, Gibbons P.C., for entry of an Order admitting Lillian J. Spetrino of the law firm McDermott Will & Emery LLP as counsel *pro hac vice* for Plaintiffs pursuant to Local Civil Rule 101.1(c); and the Court having considered the supporting certifications of counsel; and Defendants having consented to this application; and for good cause shown;

　　**IT IS** on this 16th day of February 2023, hereby

　　**ORDERED** that Plaintiffs' application is granted, and Lillian J. Spetrino is admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c) for all purposes and in all proceedings connected with this litigation; and it is further

　　**ORDERED** that Lillian J. Spetrino shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

2

**ORDERED** that Lillian J. Spetrino shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Lillian J. Spetrino shall make payment of $150.00 to the Clerk, United States District Court, as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney-at-law of this Court associated with the law firm of Gibbons P.C., who shall be responsible for them and for the conduct of Lillian J. Spetrino.

*/s/ Cathy L. Waldor*
Honorable Cathy L. Waldor, U.S.M.J.